**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**JULIAN JERNIGAN**                                                                              **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO.: 3:17-cv-861 WHB-JCG**

**WAL-MART STORES INC., ET AL.**                                   **DEFENDANTS**

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT WAL-MART STORES, INC.**

Please check one box:

☒      The non-governmental corporate party, Wal-Mart Stores, Inc., in the above-listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐      The non-governmental corporate party, _____, in the above-listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____

October 27, 2017             //s// Jennifer M. Studebaker
Date                                  Signature

                                          Counsel for:      Wal-Mart Stores, Inc.

OF COUNSEL:

**FORMAN WATKINS & KRUTZ LLP**
210 East Capitol Street, Suite 2200
Jackson, Mississippi 39201-2375
Telephone:  (601) 960-8600
Facsimile:  (601) 960-8613

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 27th day of October, 2017, I caused to be filed via the CM/ECF system the foregoing document and that the service will be provided to all participants in the case by the CM/ECF system.

                                         *//s// Jennifer M. Studebaker*
                                         JENNIFER M. STUDEBAKER (MSB # 10433)