# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**JULIAN JERNIGAN**                                                                                      **PLAINTIFF**

**v.**                                                 **CIVIL ACTION NO. 3:17-cv-861-WHB-JCG**

**WAL-MART STORES, INC., ET AL.**                                      **DEFENDANTS**

## <u>ORDER</u>

In accordance with the settlement announced by the parties in this civil action:

IT IS HEREBY ORDERED that the pending Motion for Summary Judgment [Docket No. 19] is dismissed as moot.

IT IS FURTHER ORDERED that the parties are instructed to submit an Agreed Order of Dismissal or Agreed Stipulation of Dismissal for consideration by the Court on or before November 27, 2018.

SO ORDERED this the 6th day of November, 2018.

                                                       <u>s/ William H. Barbour, Jr.</u>
                                                       UNITED STATES DISTRICT JUDGE